# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARA KIMBROUGH**, <br><br> Plaintiff, <br><br> *v.* <br><br> **BUCKS COUNTY, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 24-4470-KSM** |

## ORDER

**AND NOW**, this 3rd day of February, 2025, upon consideration of Defendants' motion to dismiss (Doc. No. 3) and Plaintiff's response (Doc. No. 4), and following oral argument on the motion, it is **ORDERED** as follows:

1. For the reasons set forth in the accompanying memorandum, Defendants' motion is **DENIED** for Count I but **GRANTED** for Counts II, III and IV. Counts II and IV are **DISMISSED WITHOUT PREJUDICE**. Count III is **DISMISSED WITH PREJUDICE** because any amendment would be futile.

2. Plaintiff shall file an Amended Complaint in this matter no later than **Monday, February 24, 2025**.

   **IT IS SO ORDERED.**

                                           */s/ Karen Spencer Marston*
                                           KAREN SPENCER MARSTON, J.