IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARA KIMBROUGH, <br><br> Plaintiff, <br><br> v. <br><br> BUCKS COUNTY, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 24-4470-KSM |

## ORDER

**AND NOW**, this 5th day of May 2025, upon consideration of Plaintiff's unopposed request to exceed the page limit for his brief in support of his forthcoming motion for partial summary judgment, it is **ORDERED** that his request is **GRANTED**. Plaintiff's brief in support of his motion for partial summary judgment shall not exceed thirty-five (35), double-spaced pages.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.