**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ARA KIMBROUGH, | : | |
| | : | |
| Plaintiff | : | |
| | : | NO. 24-CV-04470 |
| v. | : | |
| | : | |
| BUCKS COUNTY, et al | : | |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER

AND NOW, this_____day of _____, 2025, upon consideration

of Defendants, Lauren Smith, Margaret McKevitt, David Kratz and Bucks County's Motion for

Summary Judgment and the briefing thereon, it is ORDERED the Motion is GRANTED and

judgment is entered in favor of Defendants Lauren Smith, Margaret McKevitt, David Kratz and

Bucks County and against Plaintiff, Ara Kimbrough.

BY THE COURT:

_____
United States District Judge