

# COUNTY of BUCKS
# DISCIPLINARY ACTION FORM
# (DOC)



EXHIBIT

A

| 7.29.24 | Ara Kimbrough | DOC |
|---|---|---|
| **Date** | **Employee's Name** | **Department** |

☐ Warning    ☐ Step I    ☐ Step II    ☐ Step III/Final Warning    ☑ Termination

| ☐ Time & Attendance Issues | ☑ Disregard/Violation/Failure to comply with HR/ Departmental/County Policies |
|---|---|
| ☑ Work Performance | ☑ See Attached Document(s) |

### Summary of Incident/Issues:

It was brought to our attention that you shared confidential information with plaintiff's counsel. A preliminary interview was held 6/12/24 and a Fact Finding Meeting was held 7/26/24. During both of these meetings, you admitted to contacting plaintiff's attorney and sharing confidential information which pertained to a lawsuit against the DOC/County of Bucks.

### Violation of the following Policies/Procedures:

Understand that this termination is for each of the following listed violations, separately and independently of each other. In other words, each violation listed below, independent of the others and by itself, constitutes a wholly separate ground for your termination. Human Resources' Policy 1.0 County Work Rules #59. Giving confidential County information to other individuals/organization or to unauthorized County employees; #63. Failure to abide by the County established Code of Conduct policy; Human Resources' Policy 32. Code of Conduct.
BCDOC Table of Offenses #15 Divulging any information of a confidential and/or sensitive nature concerning the operations of the Department, the security of the institution,inmates and/or residents; #17 Conduct unbecoming an employee.

### Expectations Moving Forward:

n/a - termination

**By signing below you are acknowledging that you have received this discipline and understand its contents.**

| _(signature)_        7/29/24 | |
|---|---|
| **Management Signature**          **Date** | **Management Signature**                  **Date** |

| | ☐ _____ **Date** |
|---|---|
| **Employee Signature**          **Date** | **By Checking this box I Refuse to Sign** |

| **Union Representative Signature**          **Date** | **Employee Signature**                  **Date** **Waived Union Representation** |

*County of Bucks* Human Resources 7/2019