# Certificate of Completion

EXHIBIT F



This is to certify that

## ARA KIMBROUGH

has successfully completed all requirements for certification at

### Local Limited Access Recertification

*This certification expires two years from the date of issuance.*

January 3, 2025
Expiration Date

January 3, 2023
Certification Date