Kimbrough v. County of Bucks, et al.



| | |
|---|---|
| **From:** | Grieser, Daniel D. </O=EXCHANGELABS/OU (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= |
| **Subject:** | RE: Interview on Wed 6/12 |
| **To:** | Kimbrough, Ara J. <ajkimbrough@buckscoun |
| **Cc:** | Smith, Lauren M. <lmsmith@buckscounty.org> |
| **Sent:** | June 11, 2024 1:49 PM (UTC-04:00) |

Ara-it looks like you are still out of the office. Including [
the interview. Thank you.

**From:** Grieser, Daniel D.
**Sent:** Monday, June 10, 2024 3:34 PM
**To:** Kimbrough, Ara J. <ajkimbrough@buckscounty.org>
**Cc:** Smith, Lauren M. <lmsmith@buckscounty.org>
**Subject:** Interview on Wed 6/12

Lt. Kimbrough, I have been asked to speak with you on Wednesday morning about a report the County received. Can you let me know your availability between 9 AM to noon on 6/12? I don't expect it to last more than 30 minutes. The meeting would occur at the HR office in the Admin building in Doylestown. Thank you.

Dan Grieser
Deputy County Solicitor
County of Bucks

