## TABLE OF EXHIBITS

Exhibit 1 – Defendants' Amended Responses to Plaintiff's Request for Admissions

Exhibit 2 – Shae Randolph Deposition Transcript

Exhibit 3 – Bucks County DOC Table of Organization

Exhibit 4 – Affidavit of Ara Kimbrough

Exhibit 5 – Defendants' Response to Emergency Motion (*Corbin v. COB*, et al.)

Exhibit 6 – David Kratz Deposition Transcript (02/18/2025)

Exhibit 7 – Amended Complaint (*Corbin v. COB,* et al.)

Exhibit 8 – Defendants' Answer to Amended Complaint (*Corbin v. COB*, et al.)

Exhibit 9 – Brian Zeiger Deposition Transcript

Exhibit 10 – Protective Order (*Corbin v. COB*, et al.)

Exhibit 11 – News Articles

Exhibit 12 – Ara Kimbrough Deposition Transcript

Exhibit 13 – Employment Investigation Document

Exhibit 14 – May 30, 2024 Notice of Fact-Finding Meeting

Exhibit 15 – Kimbrough Emails Re: Staffing

Exhibit 16 – Plaintiff's Responses to Defendants' First Set of Intterogatories

Exhibit 17 – Daniel Grieser Deposition Transcript

Exhibit 18 – June 12, 2024 Lauren Smith Interview Notes

Exhibit 19 – Lauren Smith Deposition Transcript

Exhibit 20 – Emergency Motion (*Corbin v. COB*, et al.)

Exhibit 21 – David Kratz Deposition Transcript (02/12/2025)

Exhibit 22 – June 10, 2024 Disciplinary Action Form

Exhibit 23 – June 13, 2024 Memorandum from Daniel Grieser to Amy Fitzpatrick

Exhibit 24 –July 25, 2024 Notice of Fact-Finding Meeting

Exhibit 25 – July 29, 2024 Email from Lauren Smith

Exhibit 26 – Margaret McKevitt Deposition Transcript (02/05/2025)

Exhibit 27 – July 29, 2024 Termination Lett and Disciplinary Action Form

Exhibit 28 – Margaret McKevitt Deposition Transcript (02/12/2025)

Exhibit 29 – Defendants' Responses to Plaintiff's First Set of Interrogatories

Exhibit 30 – County Work Rules

Exhibit 31 – Human Resources Policy 32.0

Exhibit 32 – DOC Table of Offenses

Exhibit 33 – Margaret McKevitt's Responses to Plaintiff's First Set of Interrogatories