**EXHIBIT 35**

Case 2:24-cv-04470-KSM     Document 32-15     Filed 05/16/25     Page 2 of 7
Kimbrough v. COB, et al.
COB1085



# County of Bucks Department of Human Resources

## Employment Investigation Document



EXHIBIT P-7
ele 2/7/25

| | |
|---|---|
| Date investigation was initiated: 3/5/2024 | Date investigation concluded: 5/13/2024 |
| Employee Name: Ara Kimbrough | |
| (This is the employee that the allegations are being filed against) | |
| Employee Title: Lietuenent | Employee Department: Department of Corrections |
| Complainant Name: Anonoymous | |
| Complainant Title: Anonoymous Complaint | Complainant Department: Department of Corrections |
| Reason for Investigation: Harrassment & Bullying | |
| Union Representation: ☐YES or ☒NO | Business Agent involved: ☐YES or ☒NO |
| If yes: who was the Union Representative: Click here to enter text. | |
| If yes: who was the Business Agent: Click here to enter text. | |
| Human Resources Lead Investigator: Diane Otto | |
| Human Resources 2nd Investigator: Shae Randolph (Representing Legal Dept) | |

### Background

*How did the issue come to light? How was Human Resources notified?*
Diane received anonymous email on 2/29/2024 (see electronic file). Commissioners, Amy Fitzpatrick, Rich Vona, Pamala Van Blunk, Fred Harran, Diane Gibbons, Rea Boylan were on copy.

*Were any steps taken or supervisors contacted prior to the investigation? Did anything additional need to be taken into consideration?*
Not to HR's knowledge.

### Remit Of The Investigation

*What specific allegations/concerns (by bullet points) were investigated? Include names, location, dates and time, etc.*
- Toxic & hostile work environment at the DOC from Lt. Ara Kimbrough. The e-mail stated that Lt. Kimbrough "has been creating a toxic and hostile work environment for staff, especially sergeants."

EMPLOYMENT INVESTIGATION DOCUMENT | Human Resources



Case 2:24-cv-04470-KSM   Document 32-15   Filed 05/16/25   Page 4 of 7
Kimbrough v. COB, et al.

COB1087

interviews, Lt. Kimbrough's outburst occurred in the sergeant's office, was directed towards Sgt. Jurgelewicz, and was witnessed by multiple other sergeants including Sgt. Murphy. Witnesses confirmed that Lt. Kimbrough did say "because I will fuck with you!" Given the number of witnesses who corroborate Lt. Kimbrough's remark that he would "fuck" with Sgt. Jurgelewicz, the majority report was deemed more credible than Lt. Kimbrough's general denial.

Sgt. Patel reported in his interview that Lt. Kimbrough recently verbally attacked him when he was running shift. On that specific day, a use-of-force incident occurred and Sgt. Patel made the judgment call to pull one of the officers assigned to reception to respond specficially because they were SRT certified. Afterwards, Lt. Kimbrough called the sergeant's office and asked Sgt. Patel if he was "fucking stupid." Sgt. Patel expressed that this comment was particularly troubling as he was compelled to make a tough choice in the heat of an emergency, but still believed that he made the correct decision in the end. This type of Monday-morning quarterbacking is dangerous because it prompts the decision-maker to doubt their choice in critical moments, potentially resulting in crucial seconds being lost—seconds that could make the difference between life and death.

The most consistent theme throughout the investigation was Lt. Kimbrough's lack of understanding of the facility's security operations. Besides his short time as a CO, Lt. Kimbrough has no experience in security—he has never been a sergeant or ran shift, never been a floor lieutenant and/or shift commander, and does not critical security policies (i.e., use of force). Despite his lack of security experience, Lt. Kimbrough seems to believe his "administrative" title means he outranks the floor lieutenants. And, due to seniority, Lt. Kimbrough likewise believes he outranks Administrative Lt. Sherman, referring to himself as the "senior" Administrative Lieutenant.

While not based on a protective characteristic, Lt. Kimbrough's behavior has created a hostile work environment at the facility, particularly for the sergeants, but also the other lieutenants. Multiple sergeants and lieutenants reported that Lt. Kimbrough makes the sergeants feel like they are "walking on eggshells" because of his tendency to question their decision-making and threats to watch them on the cameras. And his previously mentioned lack of understanding of security, operations, and scheduling not only makes him unempathetic, but further deteriorates morale and increases the frustration for the sergeant and other lieutenants.

### Conclusion/Appendices/Enclosures

**Witness Statements Attached:** ☐ YES or ☒ NO
**Interview Notes Attached:** ☒ YES or ☐ NO
**Supporting Documentation Attached:** ☒ YES or ☐ NO
**List any other Documentation that is included in the investigation file:** N/A
**Were the allegations substantiated:** ☒ YES or ☐ NO
**Was there any action taken?** ☒ YES or ☐ NO    If yes, what was the action?

EMPLOYMENT INVESTIGATION DOCUMENT | Human Resources

And, according to the Complaint, Lt. Kimbrough "outwardly brags that he can do as he pleases."

## Investigation Process

*A description of method(s) used to gather information.*

Due to the anonymous nature of the complaint, it was determined that all sergeants on either the 6:00 AM – 2:00 PM shift or the 2:00 PM to 10:00 PM shift would be interviewed. Subsequently, the lieutenants (other than Lt. Kimbrough) were interviewed, followed by relevant DOC administrators. Finally, Lt. Kimbrough was interviewed. Follow-up interviews were conducted when necessary. With the exception of Lt. Kimbrough, all interviews were conducted at BCCF; Lt. Kimbrough was interviewed at HR.

In addition to conducting interviews, relevant documents and correspondence were collected. Some documents/correspondence were received during interviews, while others were obtained at the request of HR and/or the Law Department to supplement the investigation. A file was created on the HR/Solicitors shared drive wherein all interview notes, documents, and correspondence were saved and organized into subfolders.

## Witnesses

*List of witnesses interviewed with dates and if you received a statement.*

| Employee Name | Date of Interview | Statement received |
|---|---|---|
| 1. See Electronic File | See Electronic File | ☒ |
| 2. Click here to enter text. | Click here to enter a date. | ☐ |
| 3. Click here to enter text. | Click here to enter a date. | ☐ |

## Findings/ Conclusions

*A summary of specific allegations/issues of concern investigated with an overall opinion based on whether there is evidence to support allegations made and recommendations.*

Sergeants present for incidents support the accusations of the complaint and comments made by Lt. Kimbrough. Additionally, other lieutenants interviewed during the investigation further support the sergeants' statements that Lt. Kimbrough behaves as if he can do what he wants, specifically in terms of reassigning officers, even when not on shift. Both sergeants and lietenants described him as having a dictator mentality, and displays temperamental behavior towards the sergeants. While he has a right to be informed about staffing concerns in his department, his delivery is, at least at times, unprofessional and unacceptable—even in a corrections environmentLt as Lt. Kimbrough often makes demands, rather than conversing with others. Lt. Kimbrough's behavior was described as cyclical by multiple interviees, including sergeants, lieutenants, and DOC admin.

It was determined that Sgt. Jurgelewicz was the sergeant running shift during the first incident referenced in the anonymous complaint. In his interview, Lt. Kimbrough admitted saying, "are you fucking with me" however he denied saying "because I will fuck with you!" From the various sergeant

EMPLOYMENT INVESTIGATION DOCUMENT | Human Resources

Case 2:24-cv-04470-KSM   Document 32-15   Filed 05/16/25   Page 6 of 7
Kimbrough v. COB, et al.
COB1088

| | |
|---|---|
| Step 1 Discipline; mentioship by DOC admin. *Date the complainant notified the investigation concluded:* 5/30/2023 *How were they notified:* Email | |
| **Signed by HR Lead Investigator** | |
| **Date** | |
| **Signed by HR 2nd Investigator** | |
| **Date** | |

EMPLOYMENT INVESTIGATION DOCUMENT | Human Resources