Case 2:24-cv-04470-KSM     Document 32-16     Filed 05/16/25     Page 1 of 2

**EXHIBIT 36**



# COUNTY OF BUCKS

## Notice of Fact-Finding Meeting

*A Fact-Finding meeting is a pre-disciplinary meeting giving employees a chance to explain and allowing management the opportunity to gather additional information before any employment decision is made.*

| | | |
|---|---|---|
| **Employee Name:** Ara Kimbrough | **Department Name:** Corrections | |
| **Job Title:** Lieutenant of Corrections | **Notice Given By:** Diane Otto | **Date:** 05/30/2024 |
| **Meeting Location, Date & Time:** HR Conference Room, 6/03/2024 - 3:30pm | | |

It has come to our attention that you may have conducted yourself in a manner that violates the Policies, Rules, and Regulations of the County of Bucks. A statement of events, which may serve as the basis for the imposition of discipline against you, is set forth below:

Event

HR received a complaint you are creating a toxic and hostile work environment for staff, especially Sergeants. You verbally attack, harass, and make verbal threats on a regular basis. HR and the Law Department has been investigating this complaint.

Based on the above, it may be determined that you have violated, **inter alia** *(among other things),* the following Policies/Procedures. Potential policy violations we will be discussing are as follows:

Policy

BCDOC10 Physical, verbal or mental abuse of an inmate, resident, or employee; BCDOC17 Conduct unbecoming an employee; BCDOC28 Threatening, intimidating, harassing, coercing or interfering with other County employees; BCDOC29 The improper or intentional use or attempted use of one's authority or official influence.
HR Policies 17. Disruptive or deliberate behavior delaying or restricting services or work effort or inciting others to delay or restrict it. 34. Violation of any HR Policies or departmental policies/procedures as noted in departmental standard operating procedures (SOP), handbook, manual, etc. 36. Interfering with any employee's performance of duties by talking, gossiping, repeating and/or spreading rumors or causing other distractions. 38. Harassment, discrimination, bullying and retaliation. 45. Action in any way that is detrimental to employee morale. 52. Failure to be polite, respectful, honest and courteous of each other and/or not maintaining a civil workplace environment at all times. 63. Failure to abide by the County established Code of Conduct policy. 72. Any action that may cause a delay in service or disruption in service.
HR Policy 30.0 - Anti-Harassment
HR Policy 32.0 - Code of Conduct

KIMBROUGH 0141