**EXHIBIT 37**

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Thursday, May 23, 2024 6:53 AM |
| **To:** | Contino, Jeffrey L. |
| **Subject:** | Fwd: 6x2 Staffing |

It's not a light court list

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Minasian, Nick L. <nlminasian@buckscounty.org>
**Sent:** Thursday, May 23, 2024 6:48:44 AM
**To:** Brown, Christopher M. <cmbrown@buckscounty.org>; Clayton, Mark A. <maclayton@buckscounty.org>; Contino, Jeffrey L. <jlcontino@buckscounty.org>; Coyne, James M. <jmcoyne@buckscounty.org>; Hugg, Christopher J. <cjhugg@buckscounty.org>; Kimbrough, Ara J. <ajkimbrough@buckscounty.org>; Kovach, Andrew J. <ajkovach@buckscounty.org>; Kratz, David L. <dlkratz@buckscounty.org>; Mander, Niall K. <nkmander@buckscounty.org>; Metellus, Carl H. <chmetellus@buckscounty.org>; Nottingham, James H. <jhnottingham@buckscounty.org>; Reed, Kelly <kreed@buckscounty.org>; Rousset, Kevin M. <kmrousset@buckscounty.org>; Sherman, Zachary S. <zssherman@buckscounty.org>; Thompson, Titus D. <tdthompson@buckscounty.org>; Whitesell, Joseph D. <jdwhitesell@buckscounty.org>; Wylie, Kyle S. <kswylie@buckscounty.org>
**Subject:** 6x2 Staffing

**_BCCF._**

*(1) Lieutenants (3) Sergeants- 1 training.*

**_Staffing:_ 10 –** *overtimes, **(1)** Forced.*

*1 missed roll call.*

*(2) Hospital Watches @ Doylestown.*

*(1) Scheduled transports. 1000- Quakertown. MC-3*

*B, X, Y modified, Sani / M/C utilized for breaks. ==1 to be pulled from reception after court goes out. Light court list.==*

*49/50 Officers to start shift.*

**_MC-3._**

*(1) Sergeant*

*7/7.*

KIMBROUGH 0001

Lieutenant. Minasian, Nick.
Bucks County, Department of Corrections.
1730 S. Easton Rd.
Doylestown, Pa. 18901
(215) 345-3796
nlminasian@buckscounty.org

2

KIMBROUGH 0002

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Clayton, Mark A. |
| **Sent:** | Friday, May 21, 2021 4:45 PM |
| **To:** | Kimbrough, Ara J. |
| **Cc:** | Nottingham, James H. |
| **Subject:** | RE: Use of Force- Reception Staff |

There should have been (2) reception cleared staff in that area, Sgt. Gauntt did what he could at the moment to get me the appropriate trained staff that I asked for; for the important use of force that was on-going at that time. In times like this we all need to work together to safely accomplish the objective. We will further use all available SRT trained officers, but will make sure in the future that reception cleared staff are sent to reception for relief. Thanks for meeting with Sgt. Gauntt and reconcile any differences. Appreciate all the excellent staff that are cross trained in both SRT and reception. Have a great weekend.

**From:** Kimbrough, Ara J.
**Sent:** Friday, May 21, 2021 4:01 PM
**To:** Clayton, Mark A. <maclayton@buckscounty.org>
**Subject:** Use of Force- Reception Staff

I spoke with Gauntt about this incident.  My issue isn't that Reception staff were used, although I should be notified if Reception staff are pulled to avoid these situations, the issue is that he pulled Reception cleared staff and replaced them with a staff member not cleared in Reception.  If he would have contacted me, I would have sent Hugg down instead of leaving Reception with someone that is not cleared as there is a reason staff must be trained to work Reception.  I would have also went over there myself if there was no one else to maintain Reception rather than leave it with someone that isn't cleared.

KIMBROUGH 0003

## Kimbrough, Ara J.

**From:** Kimbrough, Ara J.
**Sent:** Monday, August 1, 2022 10:33 AM
**To:** Nottingham, James H.
**Cc:** Raggi, Michael G.
**Subject:** Records/Reception Unit Management Report July 2022

**Training**- We have one vacant spot in Records. Waiting for approval to post and test for the position. Officers Morrow, Vargas and Hodges have been entering Reception to get any available training possible in preparation of the vacant Records spot. Officer Combs has also expressed interest and will be allowed to come in for available training after her Reception training is completed.

Roll Call Training on cell inspections was conducted. Roll Call training on RHU property storage was conducted

Reception staff was reminded of the proper procedures for a clothing exchange.

I completed the follow-up to the message of the week for communication.

**Maintenance Issues**- The drains in Reception were draining slowly, Helpdesk ticket was submitted, and the issue was repaired.

The Mag lock has been installed and initially only Records-cleared staff were on the list to be able to come in, it has now been corrected for the administration to be allowed to enter.

**Miscellaneous Items**: The Records Department scanning project has been operating smoothly. The detail continues. We are almost through all previously loose boxes. Deb from Operations still has boxes from two years ago to be completed. She will continue with that detail.

We have several Records officers taking off for the month of July and August. Officer Woolard has been off for the first two weeks of July and Officers Kozemchak, Davis and Finnigan have days throughout the rest of the month. Remaining staff have offered to fill in and there should not be lapses in coverage for the Records Department.

The Sheriffs had have several incidents that they have instigated and been unprofessional but have claimed it was the fault of the DOC. DO continues to conduct themselves in a professional manner.

Sergeant Raggi oversaw Records/Reception while I was out for a day. He did an outstanding job.

<u>SCI Transfers</u>

Male Transfers to SCI Phoenix = 28

Female Transfers to SCI Muncy = 4

**Total=32**

KIMBROUGH 0004

**Correct Action Taken:** Sergeant Pohopin was counseled to not pull Reception staff without my permission.

Reception officers were reminded that the sheriffs are not allowed to refuse to take inmates to court and if they decline then the Shift Commander or myself should be contacted.

Sergeants have been posted in Reception for the med cart and court movement due to delays in getting inmates down for court/medication.  There have been no issues since this detail has started

**\*It has been reiterated with Reception staff t secure ALL holding cell door when not actively placing offenders in or taking them out of cells\***

**\*Staff have been instructed to allow the offenders a reasonable time to eat and then remove the lunch bags from the cell to prevent hiding or the spread of contraband\***

**\*Other supervisors continue to pull staff from Reception.  During this month while only two officers were posted in Reception, one was pulled out creating a dangerous situation.   Reception will remain further staff until further notice\***

**Requests:** New chairs have been requested from two staff members.

Reception printer that was previous requested arrived!

Reception requested new computers.  They have been ordered and should be delivered by 7/27/22.

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

KIMBROUGH 0005

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Thursday, October 27, 2022 9:55 AM |
| **To:** | Nottingham, James H. |
| **Cc:** | Kovach, Andrew J. |
| **Subject:** | RE: Second officer in reception |

Kovach,

Specifically, it was the state run on Monday morning with Pagan in there by herself. I get it, things happen, but one female for a male state run (her clearance is emergency use only) with other new commitments in the unit is a dangerous scenario. It would have been ok to pull Suplicky over and have him work in there if there was no one else, but if she cracks the door to feed the state run by herself and they pull her in then that is a very bad situation.

**From:** Nottingham, James H. <jhnottingham@buckscounty.org>
**Sent:** Thursday, October 27, 2022 9:49 AM
**To:** Kimbrough, Ara J. <ajkimbrough@buckscounty.org>
**Cc:** Kovach, Andrew J. <ajkovach@buckscounty.org>
**Subject:** FW: Second officer in reception

Adding in Reception UM supervisor Admt. Lt. Kimbrough for any further instruction or clarity.



Cpt. J.H.NOTTINGHAM
DOC
215.345.3728
jhnottingham@buckscounty.org

**From:** Kovach, Andrew J.
**Sent:** Thursday, October 27, 2022 9:47 AM
**To:** Nottingham, James H. <jhnottingham@buckscounty.org>
**Subject:** Re: Second officer in reception

Ok no problem. I'll make sure it is notated as to why I did it. But will not happen again

Get Outlook for iOS

**From:** Nottingham, James H. <jhnottingham@buckscounty.org>
**Sent:** Thursday, October 27, 2022 9:45:15 AM

1

KIMBROUGH 0006

**To:** Kovach, Andrew J. <ajkovach@buckscounty.org>
**Subject:** RE: Second officer in reception

Lt.,
No just recently. This weekend into the rest of this week.
If you authorize I understand if you justify using common-sense and all need to know parties are on a COMMUNICATION and this information is added to your DSR/DAR always.
**Thanks for utilizing the chain of command.**



    Cpt. J.H.NOTTINGHAM
         DOC
     215.345.3728
jhnottingham@buckscounty.org

**From:** Kovach, Andrew J.
**Sent:** Thursday, October 27, 2022 9:41 AM
**To:** Nottingham, James H. <jhnottingham@buckscounty.org>
**Subject:** Second officer in reception

Did you say the reception incident happened last week?

Get Outlook for iOS

2

KIMBROUGH 0007

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Galione, David M. |
| **Sent:** | Friday, August 26, 2022 8:48 AM |
| **To:** | Kimbrough, Ara J. |
| **Subject:** | Re: 6x2 staffing |

and don't forget

the directive !

Get Outlook for iOS

**From:** Kimbrough, Ara J. <ajkimbrough@buckscounty.org>
**Sent:** Friday, August 26, 2022 8:46:47 AM
**To:** Galione, David M. <dmgalione@buckscounty.org>
**Subject:** RE: 6x2 staffing

That's not an excuse.   He doesn't take into account the locks for court, new commitments, walk-ins and releases.

Sent from Mail for Windows

**From:** Galione, David M.
**Sent:** Friday, August 26, 2022 8:45 AM
**To:** Kimbrough, Ara J.
**Subject:** Fwd: 6x2 staffing

Get Outlook for iOS

**From:** Thompson, Titus D. <tdthompson@buckscounty.org>
**Sent:** Friday, August 26, 2022 7:23 AM
**To:** Galione, David M. <dmgalione@buckscounty.org>
**Subject:** RE: 6x2 staffing

No…… theres only 16 scheduled for court.

**From:** Galione, David M.
**Sent:** Friday, August 26, 2022 7:12 AM
**To:** Thompson, Titus D. <tdthompson@buckscounty.org>; Augustine, Leo H. <lhaugustine@buckscounty.org>; Bahlaj, Michael C. <mcbahlaj@buckscounty.org>; Bankhead, Laney <lbankhead@buckscounty.org>; Brown, Christopher M. <cmbrown@buckscounty.org>; Clayton, Mark A. <maclayton@buckscounty.org>; Contino, Jeffrey L. <jlcontino@buckscounty.org>; Coyne, James M. <jmcoyne@buckscounty.org>; DiSandro, Anthony P. <apdisandro@buckscounty.org>; Kimbrough, Ara J. <ajkimbrough@buckscounty.org>; Kovach, Andrew J. <ajkovach@buckscounty.org>; Kratz, David L. <dlkratz@buckscounty.org>; Mander, Niall K. <nkmander@buckscounty.org>; Mcleod, Robert M. <rmmcleod@buckscounty.org>; Metellus, Carl H. <chmetellus@buckscounty.org>; Minasian, Nick L. <nlminasian@buckscounty.org>; Morris, Bret <bsmorris@buckscounty.org>; Nottingham, James H. <jhnottingham@buckscounty.org>; Onisick, Daniel D.

KIMBROUGH 0008

<ddonisick@buckscounty.org>; Reed, Kelly <kreed@buckscounty.org>; Reinbott, Eric J. <ejreinbott@buckscounty.org>; Rousset, Kevin M. <kmrousset@buckscounty.org>; Sherman, Zachary S. <zssherman@buckscounty.org>; Whitesell, Joseph D. <jdwhitesell@buckscounty.org>; Wylie, Kyle S. <kswylie@buckscounty.org>
**Subject:** Re: 6x2 staffing

==Did you check with Lt Kimbrough ? (re: Reception)==

Get Outlook for iOS

**From:** Thompson, Titus D. <tdthompson@buckscounty.org>
**Sent:** Friday, August 26, 2022 6:09:16 AM
**To:** Augustine, Leo H. <lhaugustine@buckscounty.org>; Bahlaj, Michael C. <mcbahlaj@buckscounty.org>; Bankhead, Laney <lbankhead@buckscounty.org>; Brown, Christopher M. <cmbrown@buckscounty.org>; Clayton, Mark A. <maclayton@buckscounty.org>; Contino, Jeffrey L. <jlcontino@buckscounty.org>; Coyne, James M. <jmcoyne@buckscounty.org>; DiSandro, Anthony P. <apdisandro@buckscounty.org>; Galione, David M. <dmgalione@buckscounty.org>; Kimbrough, Ara J. <ajkimbrough@buckscounty.org>; Kovach, Andrew J. <ajkovach@buckscounty.org>; Kratz, David L. <dlkratz@buckscounty.org>; Mander, Niall K. <nkmander@buckscounty.org>; Mcleod, Robert M. <rmmcleod@buckscounty.org>; Metellus, Carl H. <chmetellus@buckscounty.org>; Minasian, Nick L. <nlminasian@buckscounty.org>; Morris, Bret <bsmorris@buckscounty.org>; Nottingham, James H. <jhnottingham@buckscounty.org>; Onisick, Daniel D. <ddonisick@buckscounty.org>; Reed, Kelly <kreed@buckscounty.org>; Reinbott, Eric J. <ejreinbott@buckscounty.org>; Rousset, Kevin M. <kmrousset@buckscounty.org>; Sherman, Zachary S. <zssherman@buckscounty.org>; Whitesell, Joseph D. <jdwhitesell@buckscounty.org>; Wylie, Kyle S. <kswylie@buckscounty.org>
**Subject:** 6x2 staffing

*** *Facility will be locked until staffing allows*

*18 – unfilled*

*4 – Total SA's*

*2 – Recpt*

*Main Control will be utilized to break H/C and will be down to 1 Ofc. after court*

*Scheduled Run @0730hrs*

*Yard and showers post-poned till staffing allows*

**** 7 Cadets, placed on A, D & F leaving 4 to assist on floor*

*2 – Short at Mc3*

****Sgts tasked with getting Officers in early.*

Lt. Thompson
Dept of corrections
Doylestown, Pa
215 345-3796/3937

2

KIMBROUGH 0009

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Wednesday, July 27, 2022 2:21 PM |
| **To:** | Nottingham, James H.; Reed, Kelly; Galione, David M.; Metellus, Carl H.; Contino, Jeffrey L.; Rousset, Kevin M.; Coyne, James M.; Kratz, David L. |
| **Subject:** | RE: Rhoads Timeline of Events |
| **Attachments:** | 07 26 2022 Rhoades Retrieving Bag.wmv |

I spoke with both Ulmer and Atiles about leaving the cell door open and having the inmate unsupervised in Reception.  As it turns out, you can see Ulmer leaving in the beginning, Ulmer was actually called out to handle inmate Sutton that was involved in a code earlier that morning.  Nobody asked or told me this was happening, and I certainly would have said no since we were already down to two in Reception.  I have constantly told/warned supervisors not to pull people without my knowledge or permission and it continues to happen.  This situation led to a perfect circumstance for this event to happen.

**From:** Kimbrough, Ara J.
**Sent:** Wednesday, July 27, 2022 12:22 PM
**To:** Nottingham, James H. <jhnottingham@buckscounty.org>; Reed, Kelly <kreed@buckscounty.org>; Galione, David M. <dmgalione@buckscounty.org>; Metellus, Carl H. <chmetellus@buckscounty.org>; Contino, Jeffrey L. <jlcontino@buckscounty.org>; Rousset, Kevin M. <kmrousset@buckscounty.org>; Coyne, James M. <jmcoyne@buckscounty.org>; Kratz, David L. <dlkratz@buckscounty.org>; Onisick, Daniel D. <ddonisick@buckscounty.org>; Mcleod, Robert M. <rmmcleod@buckscounty.org>; DiSandro, Anthony P. <apdisandro@buckscounty.org>
**Subject:** Rhoads Timeline of Events

Below is a timeline of events of the entirety of Rhoads being in Reception.  He is given an adequate clothed and unclothed search, but it is obvious he has the contraband hidden in genital area once he is in the holding cell.  He moves the contraband to the brown paper meal bag once he is fed.  Officer Ulmer instructs him leave the meal bag in holding cell #1 when he is to finish the intake process and have the unclothed search performed.  Unfortunately, the door to holding cell #1 is not secured by Ulmer.  After the unclothed search is performed by Atiles he sends Rhoades back up to the front of Reception.  Due to staffing, there are only two officers posted in Reception and Ulmer went on break, when Rhoades goes up front after the unclothed search he is alone, he puts his county issued bag down and retrieves the meal bag from the unsecured holding cell #1 and puts it in his County issue bag.  Atiles comes out of the back from putting Rhoades' clothes away and takes him to his housing assignment.

The video of him retrieving the contraband from holding cell #1 is attached.  All videos except the hour and ten minutes he spent with the nurse are in the incident drive under the folder marked Rhoads.

| | |
|---|---|
| 0632-0633 | Enters reception and Officer Atiles does a clothed body search |
| 0637 | Looking at the camera in holding cell #1 trying to determine where it views moves to blind spot in front of holding Cell #1 |
| 0648 | Pulls out sandwiches with cellophane, turns back to camera does not eat sandwiches drinks milk.  Sandwiches are back in bag |
| 0744 | Leaves Holding Cell #1 to begin booking process- he takes the meal bag with him |

KIMBROUGH 0010

| 0754 | Return to Holding Cell #1 |
|------|---------------------------|
| 0758 | Gets sandwiches from another inmate in holding cell #1.  Both of his sandwiches are in his bag. |
| 0804 | Leaves Holding Cell #1 to continue booking process.  Has meal bag in his hand |
| 0815-0817 | Providing Urine sample for nurse in holding cell #3 |
| 0817-0927 | Being seen by the nurse |
| 0927-0931 | Seen By case manager Supervisor Brookins |
| 0931 | Returned to Holding Cell #1 |
| 0936 | Removed from Holding Cell #1 to complete booking process |
| 0947 to 0949 | Unclothed body search |
| 0951 | Collects meal bag with suspected contraband.  Taken to housing assignment |

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

KIMBROUGH 0011

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Thursday, October 27, 2022 8:58 AM |
| **Cc:** | Sherman, Zachary S.; Nottingham, James H.; Reed, Kelly; Galione, David M.; Metellus, Carl H. |
| **Subject:** | Reception Staffing |

It has come to my attention that only one officer has been posted in Reception on the 2200 x 0600 shift, even when we have had inmates down for the state run.  This will not happen unless there are zero inmates in Reception,  you have my approval or you have the approval of someone above me.  Please let me know if there are any questions.

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

KIMBROUGH 0012

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Wednesday, March 22, 2023 12:51 PM |
| **To:** | Sherman, Zachary S.; Nottingham, James H.; Contino, Jeffrey L.; Rousset, Kevin M.; Metellus, Carl H. |
| **Cc:** | Jones, Robyn S. |
| **Subject:** | Feedback From Sergeants at the Sergeant's Meeting |

Please see the following comments/feedback from the sergeants at the meeting today.

Raggi- The Reception detail is time consuming for the 6x2 sergeants at that time in the morning. Requesting to have 10x6 Sergeants get the court inmates ready for court (Up, ready to go to chow, locked inmates showered)

Grous- Agreed Reception detail is time consuming and requested that Sheriffs arrive in a timely manner. Lt. Kimbrough did answer that was a possibility but before that can happen BCCF needs to consistently get inmates to Reception in a timely manner.
    Requested that all the out of service tablets and all tablets waiting to be distributed be kept in a central location like operations.

Beck- Beck first directed his input to the sergeants, the overtime sheets/lists need to be accurate. They need to be checked and double checked to make sure the shift has the fill compliment of staff.
    Beck also asked if we could tweak procedures in Receptions to have all inmates dressed as level 2 upon entry into BCCF. Lt. Kimbrough advised that especially when the 3rd Reception officer is pulled this isn't always possible. Lt. Kimbrough- as an active unit, especially when dealing with unccoperative/under the influence/mental health inmates, it isn't possible to get all inmates unclothed searched upon admission.

Cruz, A.- Security Bulletins they are important so staff can take proper precautions. Cruz asked if security bulletins that are from previous incarcerations can be reviewed for accuracy and relevance. Some security bulletins are 5 or more years old. Lt. Kimbrough stated we                would look into reviewing this. Cruz also asked if inmates that are permitted out on the block or jail if the security precautions needed to be followed. Cruz referenced inmate Pesante, who is an inmate caretaker but has a security bulletin. Lt. Sherman stated that precautions needed to be followed and we will follow up to see on Pesante
    Lock Lists- Cruz stated that PA's come in at all times of the day asking to see the lock list or they come in after the dispensary lock list has been completed and ask for an additional 10-15 inmates to be seen. Cruz also relayed that the PD's will ask for inmates throughout the day that are locked. Lt. Kimbrough advised to let administration know about instances when this happens and to also notate in DAR's as BCCF will dictate lock lists, not other departments.

Cruz, N.- In response to the earlier suggestion of having 10x6 get court inmates ready Cruz stated that it is harder on 10x6 with less staff and only one sergeant to complete tours and tasks as well as handle the court movement. Cruz asked for another sergeant to be added to 10x6 to assist with these duties and court. Cruz advised by Lt. Kimbrough that she can have Records or Reception prepare the court lists for each block and have SA's distribute to the blocks the lists since the majority of inmates that go to court are not locked.
Cruz asked that officers be held accountable when there are discrepancies in supplies on the unit. Lt. Sherman stated that officer should be being held accountable through unit management.

KIMBROUGH 0013

Moreni- Asked where we were at in the process of the automated call process for overtime. Lt. Kimbrough said we will check if that process is being worked on or if it something that will be coming in the future.

Asked about possibly having structure for cadets on OJT.  States that sergeants have to spend time figuring out what the cadets have previously covered and where they need to be put to get properly training.  Lt. Kimbrough stated that was a good thought and we discuss having the training department put together a list/schedule for cadets.

Pohopin- Pohopin states that when inmates are on both the dispensary lock list and the Mental Health Lock list it is up to the sergeants to coordinate with mental to come over and see the inmates in the Dispensary.  Pohopin asked that the Dispensary coordinate this since they are both under the PrimeCare umbrella.  Lieutenant Sherman stated he will look into the issue.

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

2

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Thursday, June 1, 2023 12:21 PM |
| **To:** | Nottingham, James H. |
| **Subject:** | Records/Reception Unit Management- June |

**Training-** Officer Cueto Continues to train in Records.

All Records Officers completed the mandatory 20 hours of in-service training.

Roll Call Training : Inmate Transportation A-4.45, Escorts, •    Pat searches (A-4.20), Offender Identification (A-4.29) •    proper escorts, mass movement, checking passes (SOP B-4.25) • special assignment officer post orders (SOP B-3.18) • MCCC Offender movement (C-4.23) •    Zero Tolerance Policy: Inmates have the right to:
1. Be free from sexual abuse and sexual harassment
2. Report any and all occurrences and get help if they are abused or being harassed
3. Be protected from retaliation if abuse or harassment is reported and/or cooperate in an ongoing investigation
•    Dynamics/statistics of Sexual Abuse in a Detention Facility:
1. Sexual abuse in detention is almost equally perpetrated by staff and inmates
2. While anyone can be targeted, inmates who have a mental illness have been sexually abused previously or are LGBTQ who are at higher risk of victimization.
•    Reporting PREA:
1. Staff member, contractor, or volunteer
2. Submitting a green slip and/or note to staff
3. PREA Hotline
4. Contacting NOVA via phone or letter
5. Third-party reporting such as family, friend, attorney, etc.

**Maintenance Issues-** A work order was issued for Holding Cell #1, the toilet was leaking.  Issue resolve.

A work order was submitted to Dataworks Plus for the glass on the finger print machine.  It is scratched and cloudy, needs to be replaced.

A work order was submitted for a curtain to maintain CHRIA security

The Reception backroom continues to leak when it rains.

**SCI Transfers**

**Male Transfers to SCI Phoenix = 11**

**Female Transfers to Muncy= 1**

1

| | | |
|---|---|---|
| **Rosenberger, Alvin** | **Aggravated Indecent Assault of Child** | **$500,000 / 10%** |
| **Owens, Anthony** | **Burglary** | **$250,000 / 10%** |
| **Lyons, Grant** | **Person Not to Possess Firearms** | **$800,000 10%** |
| **Khan, Sammar** | **Criminal Homicide** | **denied** |

**Miscellaneous Items**: The Drives were updated by County IT.  Records staff should not have been affected.

A lot of vacation time/PTO is scheduled for the summer months.  Staffing should be manageable.

**Corrective Action-** Sergeants were counseled on the 2x10 shift about properly staffing Reception.

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

3

KIMBROUGH 0016

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Tuesday, February 27, 2024 2:27 PM |
| **To:** | Beck, Andrew J.; Buehler, Jeffrey; Crouthamel, William T.; Cruz, Anthony J.; Cruz, Noella J.; Gauntt, Mark S.; Grous, Ronald E.; Hodges, Anthony; Jurgelewicz, Kevin R.; Kinkelin, Karol A; Nicoletti, Jonathan R.; Patel, Shivkumar M.; Pohopin, John M.; Wilt, David |
| **Cc:** | Nottingham, James H.; Reed, Kelly; Contino, Jeffrey L.; Rousset, Kevin M.; Metellus, Carl H.; Brown, Christopher M.; Clayton, Mark A.; Hugg, Christopher J.; Kovach, Andrew J.; Mander, Niall K.; Minasian, Nick L.; Sherman, Zachary S.; Thompson, Titus D.; Whitesell, Joseph D.; Wylie, Kyle S. |
| **Subject:** | Reception Staffing |

Sergeants,

I have had to address Reception staffing numerous times over the last few weeks, particularly, at the start of the 2x10 shift and things have not improved.  Effectively immediately, when there is more than one sergeant on for 2x10, a sergeant will report to Reception after roll call until Reception is properly staffed.  Once Reception is staffed, they will report to me (or the Shift Commander if I am not here) and I will clear them to return their other sergeant duties.   Please let me know if there are any questions.

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Friday, March 8, 2024 2:13 PM |
| **To:** | Nottingham, James H.; Contino, Jeffrey L.; Metellus, Carl H. |
| **Subject:** | FW: Reception Staffing |

The sergeants only followed my directive on this one day this week (Monday). Today, yet again, one officer went home sick from Reception and we were short in Reception to start 2x10. I now am running short in Records to cover Reception because of the flow we have had. I don't even know why I am writing this, I can't do anything to the sergeants and they can tell me to kick rocks whenever they want. I am at the point where I am tired of giving 100%, while others can do what they want without consequence.

**From:** Kimbrough, Ara J.
**Sent:** Tuesday, February 27, 2024 2:27 PM
**To:** Beck, Andrew J. <ajbeck@buckscounty.org>; Buehler, Jeffrey <jbuehler@buckscounty.org>; Crouthamel, William T. <wtcrouthamel@buckscounty.org>; Cruz, Anthony J. <ajcruz@buckscounty.org>; Cruz, Noella J. <njcruz@buckscounty.org>; Gauntt, Mark S. <msgauntt@buckscounty.org>; Grous, Ronald E. <regrous@buckscounty.org>; Hodges, Anthony <ahodges@buckscounty.org>; Jurgelewicz, Kevin R. <krjurgelewicz@buckscounty.org>; Kinkelin, Karol A <kakinkelin@buckscounty.org>; Nicoletti, Jonathan R. <jrnicoletti@buckscounty.org>; Patel, Shivkumar M. <smpatel@buckscounty.org>; Pohopin, John M. <jmpohopin@buckscounty.org>; Wilt, David <dwilt@buckscounty.org>
**Cc:** Nottingham, James H. <jhnottingham@buckscounty.org>; Reed, Kelly <kreed@buckscounty.org>; Contino, Jeffrey L. <jlcontino@buckscounty.org>; Rousset, Kevin M. <kmrousset@buckscounty.org>; Metellus, Carl H. <chmetellus@buckscounty.org>; Brown, Christopher M. <cmbrown@buckscounty.org>; Clayton, Mark A. <maclayton@buckscounty.org>; Hugg, Christopher J. <cjhugg@buckscounty.org>; Kovach, Andrew J. <ajkovach@buckscounty.org>; Mander, Niall K. <nkmander@buckscounty.org>; Minasian, Nick L. <nlminasian@buckscounty.org>; Sherman, Zachary S. <zssherman@buckscounty.org>; Thompson, Titus D. <tdthompson@buckscounty.org>; Whitesell, Joseph D. <jdwhitesell@buckscounty.org>; Wylie, Kyle S. <kswylie@buckscounty.org>
**Subject:** Reception Staffing

Sergeants,

I have had to address Reception staffing numerous times over the last few weeks, particularly, at the start of the 2x10 shift and things have not improved. Effectively immediately, when there is more than one sergeant on for 2x10, a sergeant will report to Reception after roll call until Reception is properly staffed. Once Reception is staffed, they will report to me (or the Shift Commander if I am not here) and I will clear them to return their other sergeant duties. Please let me know if there are any questions.

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

KIMBROUGH 0018

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Monday, May 13, 2024 2:19 PM |
| **To:** | Metellus, Carl H.; Nottingham, James H.; Contino, Jeffrey L. |
| **Subject:** | RE: Reception Staffing |

Understood.  Devlin was the only one in Reception until about 1400 hours as 6x2 pulled the third one for a run and McFadden and Cadlett were remaining.  They were both on doubles and had to leave, leaving only Devlin, but at least Cadlett let me know so I could put Cueto over there.

**From:** Metellus, Carl H. <chmetellus@buckscounty.org>
**Sent:** Monday, May 13, 2024 2:12 PM
**To:** Kimbrough, Ara J. <ajkimbrough@buckscounty.org>; Nottingham, James H. <jhnottingham@buckscounty.org>; Contino, Jeffrey L. <jlcontino@buckscounty.org>
**Subject:** RE: Reception Staffing

Pohopin is getting him dressed out now. I was speaking with him about something and Knapp was standing by waiting .

**From:** Kimbrough, Ara J. <ajkimbrough@buckscounty.org>
**Sent:** Monday, May 13, 2024 2:10 PM
**To:** Nottingham, James H. <jhnottingham@buckscounty.org>; Contino, Jeffrey L. <jlcontino@buckscounty.org>; Metellus, Carl H. <chmetellus@buckscounty.org>
**Subject:** Reception Staffing

I am still waiting for the 3rd officer in Reception. Cadlett called me because she is on a double and I had to place Cueto over there to cover staffing.

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

KIMBROUGH 0019

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Tuesday, March 22, 2022 2:26 PM |
| **To:** | Brown, Christopher M.; Minasian, Nick L. |
| **Subject:** | Pulling from Reception |

Who pulled the Crouthamel from Reception with letting me know?  I stuck one from Records over there when I found out because of the amount we had in Reception and the number on watches.  Nobody let me know this was happening.  The sergeant running shift said it was the Lt's.  If I have staff to cover I absolutely will, but we can just run short so please check with me.  Thank you.

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

1

KIMBROUGH 0020

## Kimbrough, Ara J.

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Wednesday, February 28, 2024 8:08 AM |
| **To:** | Sherman, Zachary S.; Nottingham, James H.; Contino, Jeffrey L.; Metellus, Carl H. |
| **Subject:** | FW: Medical Emergency Bravo I/M Osman, Hossam 134602 |

Why was Smythe pulled from Reception training to do this? They were at 45/45 yesterday to start the shift.

**From:** Brown, Christopher M. <cmbrown@buckscounty.org>
**Sent:** Tuesday, February 27, 2024 8:00 PM
**To:** Clayton, Mark A. <maclayton@buckscounty.org>; Contino, Jeffrey L. <jlcontino@buckscounty.org>; Coyne, James M. <jmcoyne@buckscounty.org>; DiSandro, Anthony P. <apdisandro@buckscounty.org>; Fonde, Richard <rfonde@buckscounty.org>; Hugg, Christopher J. <cjhugg@buckscounty.org>; Kimbrough, Ara J. <ajkimbrough@buckscounty.org>; Kovach, Andrew J. <ajkovach@buckscounty.org>; Kratz, David L. <dlkratz@buckscounty.org>; Mander, Niall K. <nkmander@buckscounty.org>; Mcleod, Robert M. <rmmcleod@buckscounty.org>; Metellus, Carl H. <chmetellus@buckscounty.org>; Minasian, Nick L. <nlminasian@buckscounty.org>; Nottingham, James H. <jhnottingham@buckscounty.org>; Onisick, Daniel D. <ddonisick@buckscounty.org>; Reed, Kelly <kreed@buckscounty.org>; Reinbott, Eric J. <ejreinbott@buckscounty.org>; Rousset, Kevin M. <kmrousset@buckscounty.org>; Sherman, Zachary S. <zssherman@buckscounty.org>; Thompson, Titus D. <tdthompson@buckscounty.org>; Whitesell, Joseph D. <jdwhitesell@buckscounty.org>; Wylie, Kyle S. <kswylie@buckscounty.org>
**Subject:** Medical Emergency Bravo I/M Osman, Hossam 134602

At approximately 1942 a Medical Emergency was announced for Bravo module. Responding staff were directed to B-18 cell where I/M Osman, Hossam was bleeding heavily from his left forearm from an apparent self-inflicted wound. I/M Osman was placed into handcuffs and escorted to the Dispensary for evaluation. At approximately 1945 Lt Wylie reported that nursing staff was requesting I/M Osman be transported to Doylestown hosp via ambulance due to the severe bleeding. I/M Osman is a 40 YO American Indian male committed on 2/25/24 on a Bucks BW FTA (Burglary) and a Monroe BW FTA (Operating a vehicle w/out an interlock device) and is medium custody. I/M Osman will be escorted by Ofc Smythe and Ofc Bromiley (SRT).
DDO Contino notified

Respectfully
Lt Brown

1

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Wednesday, April 19, 2023 8:16 AM |
| **To:** | Sherman, Zachary S.; Nottingham, James H.; Contino, Jeffrey L.; Metellus, Carl H. |
| **Subject:** | FW: 6-2 staffing |

The third Reception officer was pulled without anyone letting me know.  I have placed him back in Reception.  The below does not notate anything about Reception staff being utilized, they must not need him.

**From:** Morris, Bret <bsmorris@buckscounty.org>
**Sent:** Wednesday, April 19, 2023 6:36 AM
**To:** Brown, Christopher M. <cmbrown@buckscounty.org>; Clayton, Mark A. <maclayton@buckscounty.org>; Contino, Jeffrey L. <jlcontino@buckscounty.org>; Coyne, James M. <jmcoyne@buckscounty.org>; DiSandro, Anthony P. <apdisandro@buckscounty.org>; Hugg, Christopher J. <cjhugg@buckscounty.org>; Kimbrough, Ara J. <ajkimbrough@buckscounty.org>; Kovach, Andrew J. <ajkovach@buckscounty.org>; Kratz, David L. <dlkratz@buckscounty.org>; Mander, Niall K. <nkmander@buckscounty.org>; Mcleod, Robert M. <rmmcleod@buckscounty.org>; Metellus, Carl H. <chmetellus@buckscounty.org>; Minasian, Nick L. <nlminasian@buckscounty.org>; Morris, Bret <bsmorris@buckscounty.org>; Nottingham, James H. <jhnottingham@buckscounty.org>; Onisick, Daniel D. <ddonisick@buckscounty.org>; Reed, Kelly <kreed@buckscounty.org>; Reinbott, Eric J. <ejreinbott@buckscounty.org>; Rousset, Kevin M. <kmrousset@buckscounty.org>; Sherman, Zachary S. <zssherman@buckscounty.org>; Thompson, Titus D. <tdthompson@buckscounty.org>; Whitesell, Joseph D. <jdwhitesell@buckscounty.org>; Wylie, Kyle S. <kswylie@buckscounty.org>
**Subject:** 6-2 staffing

Fyi,

17 overtimes needed:

7- 6x2 filled
7-10x2 filled
3 were FOT
2 – Unfilled **= 2 short**
1 Kit Officer utilized.
4-10x2 unfilled.
Ofc. Young  called out at 0550hrs = 3
Ofc. Brannan left FOT = 4 short
Ofc. Weinert didn't' like his post and left sick at 0600hrs = 5 short.
1 no show Stewart J = 6 short currently.


1 scheduled Med run from MCCC at 0700hrs.  (1 BCCF and 1 MCCC Ofc to be used)

MCCC currently has 6 Officers.


Lt. Bret Morris
Bucks County Correctional Facility

KIMBROUGH 0022

**Kimbrough, Ara J.**

| | |
|---|---|
| **From:** | Kimbrough, Ara J. |
| **Sent:** | Thursday, July 8, 2021 7:14 AM |
| **To:** | Godin, Michael K. |
| **Subject:** | FW: Reception Staffing |

**From:** Kimbrough, Ara J.
**Sent:** Thursday, July 1, 2021 1:19 PM
**To:** Amoroso, Andrew C. <acamoroso@buckscounty.org>; Cruz, Noella J. <njcruz@buckscounty.org>; Gauntt, Mark S. <msgauntt@buckscounty.org>; Hordijenko, Sean P. <sphordijenko@buckscounty.org>; Kovach, Andrew J. <ajkovach@buckscounty.org>; Lynn, Andrew J. <ajlynn@buckscounty.org>; Moreni, Pete J. <pjmoreni@buckscounty.org>; Nicoletti, Jonathan R. <jrnicoletti@buckscounty.org>; Rupp, David K. <dkrupp@buckscounty.org>; Sherman, Zachary S. <zssherman@buckscounty.org>; Wylie, Kyle S. <kswylie@buckscounty.org>; Augustine, Leo H. <lhaugustine@buckscounty.org>; Bahlaj, Michael C. <mcbahlaj@buckscounty.org>; Bankhead, Laney <lbankhead@buckscounty.org>; Brown, Christopher M. <cmbrown@buckscounty.org>; Clayton, Mark A. <maclayton@buckscounty.org>; Gill, Jacquelyn M. <jmgill@buckscounty.org>; Griffin, James E. <jegriffin@buckscounty.org>; Mander, Niall K. <nkmander@buckscounty.org>; Mannarino, John J. <jjmannarino@buckscounty.org>; Minasian, Nick L. <nlminasian@buckscounty.org>; Morris, Bret <bsmorris@buckscounty.org>; Purchase, Philip S. <pspurchase@buckscounty.org>; Whitesell, Joseph D. <jdwhitesell@buckscounty.org>
**Cc:** Mazzocchi, Daniel J. <djmazzocchi@buckscounty.org>; Nottingham, James H. <jhnottingham@buckscounty.org>; Metellus, Carl H. <chmetellus@buckscounty.org>; Reed, Kelly <kreed@buckscounty.org>; Galione, David M. <dmgalione@buckscounty.org>
**Subject:** Reception Staffing

All,

Starting 7/6/21 we will be returning to the pre-COVID staffing levels in Reception, specifically, a third officer posted on the unit during days court goes out. Transports to the courthouse have resumed and we will also need a sergeant down in Reception making sure all bodies that need to go to court are down and ready. Court is returning to pre-pandemic practices and we will be doing the same. Please let me know if there are any questions.

Ara Kimbrough
Administrative Lieutenant
Bucks County Department of Corrections
215-345-3776
Ajkimbrough@buckscounty.org

KIMBROUGH 0023