**EXHIBIT 30**

30. Solicitation of or by an employee during working time and distribution of literature in working areas at any time.
31. Leaving regularly assigned work location without notifying your immediate supervisor.
32. Creating or contributing to unsanitary or otherwise poor housekeeping conditions.
33. Reckless driving or parking improperly on or adjacent to County premises.
34. Violation of any HR Policies or departmental policies/procedures as noted in departmental standard operating procedures (SOP), handbook, manual, etc.
35. Sleeping, loafing or other abuse of time during assigned working hours
36. Interfering with any employee's performance of duties by talking, gossiping, repeating and/or spreading rumors or causing other distractions.
37. Performing or engaging in unauthorized personal work on County time.
38. Harassment, discrimination, bullying and retaliation.
39. Failure to report an on-the-job accident/incident within reasonable time period. This also includes failure to follow procedures regarding the reporting of any type of on-the-job accident/incident, including vehicles used in the performance of official duties.
40. Accepting tips or gratuities.
41. Failure to keep all personal information (i.e. name, address, telephone number, emergency contact, birth, death, divorces, dependents/W-4, disclosure of outside employment with appropriate documentation) current at all times with the Human Resources department through your Department Head.
42. Unauthorized use of any County equipment for non-County business. This includes the use of information acquired during the course and scope of an employee's job
43. Excessive use of County phones for personal use, including any unauthorized toll calls. The employee will be responsible for any charges incurred.
44. Employment elsewhere that conflicts, infringes or interferes in any way with County employment.
45. Action in any way that is detrimental to employee morale.
46. Use of the County email system in a non-professional manor, either internal or external communication. This includes, without limitation, using the system to create, access, transmit, or share any material that would be considered obscene, offensive or otherwise inappropriate for the workplace.
47. Discrimination on the basis of any protected characteristic under state and/or federal law
48. Any action/conduct that can be viewed as conduct unbecoming to a public employee including but not limited to misdemeanors, felonies, charges and /or convictions with criminal violations.
49. Failure to keep all licenses and renewals current, and failure to provide a copy to management if/when necessary or required.
50. Being identified at any time during the course of your employment on the OIG (Office of Inspector General List) and/or the EPLS (Excluded Parties List System).
51. Failure to keep your work space clean and free of debris such as food and personal belongings.
52. Failure to be polite, respectful, honest and courteous of each other and/or not maintaining a civil workplace environment at all times.
53. A drug and/or alcohol test with an outcome other than negative;
54. Any violation of the Health Insurance Portability and Accountability Act (HIPAA), any disclosure, release, lapse of care or judgement of confidential medical information, protected health information; failure to adhere to the safety and security provisions as outlined under HIPAA.
55. Failure to safely secure and store a County issued firearm during work and off duty hours.
56. Abuse and misuse of Family and Medical Leave approval and/or County approved leave.
57. Failure to respond to any County audit;
58. Refusing to obey instructions properly issued by an employee's supervisor pertaining to work.
59. Giving confidential County information to other individuals/organization or to unauthorized County employees.
60. Alteration of any County records or other County documents without authorization.
61. Failure to obtain overtime approvals as required by departmental guidelines.
62. Failure to meet quality standards set forth by your department (i.e. careless work).
63. Failure to abide by the County established Code of Conduct policy.
64. Failure to turn in County issued identification and equipment as required when on a leave of absence or out of work.
65. Failure to complete mandatory training

KIMBROUGH 0180