Case 2:24-cv-04470-KSM   Document 32-33   Filed 05/16/25   Page 1 of 2

**EXHIBIT 33**

# HUMAN RESOURCES' POLICY 32.0

## Code of Conduct

The County's mission is to provide outstanding service to the residents of the County of Bucks. In pursing that mission it is vitally important that our employees act in accordance with that mission. The following Code of Conduct (Code) is designed to allow the County to preserve its long tradition of integrity and credibility with the public. This code applies to all employees including: permanent full time and part time employees, per diem, and seasonal.

Service

1. Always act with fairness, honesty, integrity and openness: respect the opinions of others and treat all with equality and dignity without regard to any protected characteristic.
2. Promote the mission and objectives of the County of Bucks in all dealings with the public on behalf of the County.
3. Provide a positive and valued experience for those receiving service within and outside the County.

Accountability

1. Act with honesty and integrity and in accordance with any professional standards;
2. Adhere to all County policies and procedures including departmental standard operating procedures.
3. Act morally, ethically and intelligently in all work situations; demonstrate honesty and integrity with all matters.
4. Take responsibility for your actions and decisions. Follow your chain of command to facilitate effective resolution of problems. Ensure that you do not exceed the authority of your position.

## Confidentiality

1. Respect and maintain the confidentiality of information gained as an employee, including, but not limited to, all computer software and files, any County related document and printout that contains confidential information.

| | |
|---|---|
| POLICY ADOPTED | October 3, 2018 |
| EFFECTIVE | January 1, 2019 |