**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ARA KIMBROUGH. )<br><br>Plaintiff, )<br><br>v. )<br><br>BUCKS COUNTY, et al., )<br><br>Defendants. ) | Civil Action No. 2:24-cv-04470-KSM |

## <u>ORDER</u>

**AND NOW**, this _____ day of _____, 2025, upon consideration of Plaintiff's Motion for Partial Summary Judgment, Defendants' response thereto, the briefs in support and opposition, and after argument thereon, it is hereby **ORDERED** as follows:

(1)     Summary judgment as to liability under Count I of Plaintiff's Amended Complaint (ECF Doc. 17) is **GRANTED** against Defendants Margaret McKevitt, Lauren Smith, and David Kratz;

(2)     Summary judgment as to liability under Count II of Plaintiff's Amended Complaint (ECF Doc. 17) is **GRANTED** against Defendant Bucks County; and

(3)     A trial on the issue of damages shall commence with jury selection on _____, 2025 at _____ a.m. in Courtroom _____ of the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS SO ORDERED.**

_____
KAREN SPENCER MARSTON, J.