# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARA KIMBROUGH**, <br><br> Plaintiff, <br><br> v. <br><br> **BUCKS COUNTY, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 24-4470-KSM** |

## ORDER

**AND NOW**, this 28th day of July 2025, following a status conference with the parties, it is **ORDERED** that the Scheduling Order (Doc. No. 8) is **SUSPENDED** until further Order of the Court.

**IT IS SO ORDERED.**

                                                   */s/ Karen Spencer Marston* <br>
                                                   KAREN SPENCER MARSTON, J.