## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ARA KIMBROUGH,**<br><br>Plaintiff,<br><br>*v.*<br><br>**BUCKS COUNTY, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 24-4470-KSM** |

## ORDER

**AND NOW** this 30th day of March, 2026, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 31), Plaintiff's opposition brief (Doc. No. 28), Plaintiff's Motion for Partial Summary Judgment (Doc. No. 32), Defendants' opposition brief (Doc. No. 35), and Plaintiff's reply brief (Doc. No. 39), and following oral argument on March 17, 2026, it is **ORDERED** that Defendants' motion (Doc. No. 31) is **GRANTED** and Plaintiff's motion (Doc. No. 32) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motions to Exclude Expert Opinion Testimony (Doc. Nos. 33, 34) are **DENIED AS MOOT.**  The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**