**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ARA KIMBROUGH. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:24-cv-04470-KSM |
| ) | |
| v. ) | |
| ) | |
| BUCKS COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**<u>NOTICE OF APPEAL</u>**

PLEASE TAKE NOTICE that Plaintiff Ara Kimbrough hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's memorandum [ECF No. 52] and order [ECF No. 53] denying Plaintiff's motion for partial summary judgment and granting Defendant's motion for summary judgment, both of which were issued on March 30, 2026.

*Respectfully Submitted,*

**MANSOUR LAW, LLC**

Date: April 17, 2026                    BY:    */s/ William P. Mansour*
                                                        William P. Mansour, Esquire
                                                        **Mansour Law, LLC**
                                                        961 Marcon Blvd., Suite 425
                                                        Allentown, PA 18109
                                                        Tel: (610) 321-3538
                                                        Fax: (610) 798-1345
                                                        Email: wpm@themansourfirm.com

                                                        Attorney for Plaintiff Ara Kimbrough

## <u>CERTIFICATE OF SERVICE</u>

I, William P. Mansour, hereby certify that on the date set forth below, I caused to be served a true and correct copy of Plaintiff's Notice of Appeal via the CM/ECF system upon all counsel of record.

Date: April 17, 2026

*/s/ William P. Mansour*
William P. Mansour
Attorney for Ara Kimbrough